*December 3, 1929.*

YOCHUM, Respondent, vs. MONTGOMERY and another, Appellants.

For the appellants: *Lines, Spooner & Quarles,* attorneys, and *Howard A. Hartman,* of counsel, all of Milwaukee.
For the respondent: *I. B. Padway* of Milwaukee.

*By the Court.*—Judgment affirmed.

NEWMAN, Respondent, vs. ERCHENS, Appellant.
NEWMAN, by guardian *ad litem,* Respondent, vs. ERCHENS, Appellant.

For the appellant: *Geo. H. Gordon, Law & Gordon* of La Crosse.
For the respondent: *Q. H. Hale* of La Crosse.

*By the Court.*—Orders affirmed.

RYAN, Administrator, Appellant, vs. ESTATE OF JONES, Respondent.

For the appellant: *Edward H. Ryan* of Janesville.
For the respondent: *Nolan, Dougherty, Grubb & Ryan* of Janesville.

*By the Court.*—Judgment affirmed.